1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kathy J. Huang (SBN 240677)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1000
Facsimile: (213) 576-1100
kathy.huang@alston.com

Attorneys for Defendant
TRUECAR, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KIP HAAS, individually, and on behalf of
all others similarly situated,

          Plaintiff,

    v.

RIVERSIDE MAZDA; TRUECAR, INC.;
DOES1-100, INCLUSIVE

        Defendants.

Case No.:  5:17-cv-01327-CBM (KKx)

**NOTICE OF SETTLEMENT**

Complaint served: August 1, 2017
Current response date: October 9, 2017
New response date: October 30, 2017

Hon. Consuelo B. Marshall

**Alston & Bird LLP**
Los Angeles, CA 90071
Telephone: 415-243-1000

PLEASE TAKE NOTICE that the parties have reached a settlement in the above-captioned matter.  Counsel for the parties are in the process of preparing and finalizing the settlement agreement.  The parties respectfully request that they be given 30 days to finalize the agreement and file the notice of dismissal.

DATED:  October 30, 2017

KATHY J. HUANG
**ALSTON & BIRD LLP**

/s/ Kathy J. Huang
_____
Kathy J. Huang
Attorneys for TrueCar, Inc.

**Alston & Bird LLP**
Los Angeles, CA 90071
Telephone: 415-243-1000

- 2 -