JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP HAAS, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RIVERSIDE MAZDA;<br>TRUECAR, INC.;<br>DOES 1-100, INCLUSIVE,<br><br>　　　　Defendant(s). | Case No. 5:17-cv-1327-CBM-KK<br><br>**ORDER [17]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated this 1st day of December, 2017

The Honorable Consuelo B. Marshall
United States District Judge

Order to Dismiss